No. 01–861. ASHIHUNDU v. IMMIGRATION AND NATURALIZA-
TION SERVICE ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–862. MIMS v. UNITED STATES. C. A. 11th Cir. Certio-
rari denied.

No. 01–864. MARCELLA v. MURPHY ET AL. C. A. 1st Cir.
Certiorari denied.

No. 01–865. STORTI ET AL. v. SOUTHEASTERN PENNSYLVANIA
TRANSPORTATION AUTHORITY ET AL. C. A. 3d Cir. Certiorari
denied.

No. 01–867. YELSA v. STATE BAR OF MONTANA. Sup. Ct.
Montana. Certiorari denied.

No. 01–869. McCAULEY v. MASSACHUSETTS. Sup. Jud. Ct.
Mass. Certiorari denied.

No. 01–870. NOBLE v. NORRIS, DIRECTOR, ARKANSAS DEPART-
MENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 01–871. McGHEE v. TISDALE ET UX. Sup. Ct. Ala. Cer-
tiorari denied.

No. 01–872. VIRDIN v. DELAWARE. Sup. Ct. Del. Certiorari
denied.

No. 01–876. DIAMOND JO CASINO v. RANNALS. C. A. 6th Cir.
Certiorari denied.

No. 01–877. BALAWAJDER v. COCKRELL, DIRECTOR, TEXAS
DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.
C. A. 5th Cir. Certiorari denied.

No. 01–879. PRIOR v. SPLASH DESIGN, INC. Ct. App. Wash.
Certiorari denied.

No. 01–880. HUANG, INDIVIDUALLY, AND AS NEXT FRIEND OF
HUANG ET AL., MINORS v. SCUDDER ET AL. C. A. 5th Cir. Cer-
tiorari denied.